UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 3:12-CR-15 RM |
| | ) | |
| ALEJANDRO LEON | ) | |

## O R D E R

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on June 4, 2012 [Doc. No. 34]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Alejandro Leon's plea of guilty, and FINDS the defendant guilty of Counts 3 and 4 of the Superseding Indictment, in violation of 21 U.S.C. § 841(a)(1) and (b) and 18 U.S.C. §§ 1001 and 2.

SO ORDERED.

ENTERED: June 25, 2012

/s/ Robert L. Miller, Jr.
Judge
United States District Court